Eastern District of Kentucky
FILED

APR 16 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 26-26-DCB-CJS

**JUAN ANTONIO CASTANON-RODRIGUEZ**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(g)(5)(A)**

On or about April 7, 2026, in Kenton County, in the Eastern District of Kentucky,

**JUAN ANTONIO CASTANON-RODRIGUEZ,**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, to wit: a Glock, model 19 Gen 4, 9x19 caliber pistol, bearing serial number BMPH848, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(5)(A).

**COUNT 2**
**8 U.S.C. § 1326(a)**

On or about April 7, 2026, in Kenton County, in the Eastern District of Kentucky,

**JUAN ANTONIO CASTANON-RODRIGUEZ,**

an alien who had previously been removed from the United States, knowingly entered and was found in the United States, at Kenton County, Kentucky, having not obtained the

express consent of the Secretary of Homeland Security to reapply for admission to the United States, all in violation of 8 U.S.C. § 1326(a).

## FORFEITURE ALLEGATIONS
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in Count 1 of the Indictment, **JUAN ANTONIO CASTANON-RODRIGUEZ** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **JUAN ANTONIO CASTANON-RODRIGUEZ** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS:**

a. A Glock, model 19 Gen 4, 9x19 caliber pistol, bearing serial number BMPH848;
b. All associated ammunition.

A TRUE BILL

[redacted]

FOREPERSON

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**KYLE M. WINSLOW**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**COUNT 2:** Not more than 2 years imprisonment, a $250,000 fine, and one year of supervised release.

**PLUS:** Mandatory special assessment of $100 on each count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all listed property.