**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**CRIMINAL ACTION NO.** 26-26-DLB-CJS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**JUAN ANTONIO CASTANON-RODRIGUEZ** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **JUAN ANTONIO CASTANON-RODRIGUEZ**.

On this the 16th day of April 2026.

UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
Kyle M. Winslow, Assistant United States Attorney